336 A.2d 887

Petition of District Attorney Robert L. VAN HOOVE for an Order by Exhumation.

**Appeal of Frederick HOFFMAN.**

Supreme Court of Pennsylvania.

Argued April 11, 1975.

Decided May 13, 1975.

David A. Binder, Marx, Ruth, Binder, Ward & Crump, Reading, for appellant.

Grant E. Wesner, Deputy Dist. Atty. for Law, C. A. Haddad, Robert L. VanHoove, Dist. Atty., Berks County, Pennsylvania, Reading, for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Order affirmed.

POMEROY and NIX, JJ., would quash the appeal as being from an interlocutory order.

JONES, C. J., did not participate in the consideration or decision of this case.